Frank W. Thompson, Esq.
Nevada State Bar No. 1577
Erwin & Thompson LLP
One East Liberty Street, Suite 424
Reno, NV 89501
Telephone: 775/786-9494
Facsimile: 775/786-1180

Attorneys for Toni R. Ticknor, individually
and as Guardian ad Litem for Trevor Petersen,
A Minor.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

TONI R. TICKNOR, individually and as
Guardian ad Litem for TREVOR PETERSEN,
A Minor,

        Plaintiffs,

v.

PETRUS TERWIJN aka PETER NICHOLAS
TERWYN and CRUISE AMERICA, INC., A
Foreign Corporation; and DOES 1-5, inclusive,

        Defendants
_____/

Case No. 3:06-CV-00106-RAM

**ORDER APPROVING THE
COMPROMISE OF MINOR'S CLAIM
PURSUANT TO NRS 41.200**

Upon review of the Petition for Approval of Compromise of Minor's Claim of Toni R. Ticknor to compromise the claim of Trevor Petersen, her minor son, and the Court finding that the allegations of the Petition are true and that it is in the best interest of the minor that the disputed claims be settled as proposed in the Petition,

**IT IS THEREFORE ORDERED:**

1. That the proposed settlement of the minor's claims against Defendant Petrus Terwijn is approved in the amount of the settlement of $50,000.00. Upon payment of this sum to Petitioner and the law offices of Erwin & Thompson LLP, Defendant Petrus Terwijn shall be fully released and discharged from all claims arising from the facts set forth in the Petition with respect to the claim of Trevor Petersen.

  2. That the proceeds of the settlement of the claims of Trevor Petersen shall be disbursed by Petitioner as follows:

   a. Payable to Frank W. Thompson, Esq., of Erwin & Thompson LLP, for attorney fees in the sum of $16,941.75 and for costs in the sum of $1,595.00;

   b. The balance in the amount of $31,463.25 is to remain in the Erwin & Thompson LLP Client Trust Account until the Renown Medical Regional Center (formerly Washoe Medical Center) hospital lien against the recovery in the amount of $17,831.25 and the Medi-Cal lien against the recovery in the amount of $3,144.24 have been resolved and paid; and

   c. After the Renown and Medi-Cal liens have been resolved and paid, the balance of the settlement funds shall be made payable to Toni R. Ticknor as Guardian ad Litem for Trevor Petersen, to be deposited in a blocked trust account pursuant to the provisions of NRS 41.200 in the name of Petitioner as Trustee for Trevor Petersen.

  3. That on receipt of the full settlement funds for the claim of Trevor Petersen here approved, Petitioner Toni R. Ticknor is authorized and directed to execute and deliver to Defendant Petrus Terwijn, a complete settlement agreement and release and discharge of Defendant Petrus Terwijn and any and all claims of Trevor Petersen arising from the facts set forth in the Petition.

IT IS SO ORDERED: May 27, 2008.

_____
U. S. Magistrate Judge

C:\Drive Backup\wpdata\FRANK\91512001\Motions & Orders - Federal\Minors' Compromise Order.wpd

- 2 -